FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -3 PM 2:15

CLERK'S OFFICE
AT BALTIMORE

BY_____:_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| Assorted Jewelry (VL: $411,111), | : |
| One 2007 Ford F-150, | |
| VIN 1FTPW145X7KB30262, One 2009 | : |
| Ford F-150, VIN 1FTRW14849FB11219, | |
| One 2011 Ford F-150, | : |
| VIN 1FTFW1ET3BKD42678, and One | |
| Men's Gucci 5500 Chrome Bracelet Watch | : |

Civil Action No. JFM-13-2923

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and James G. Warwick, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against U.S. currency involved in violations of the Controlled Substances Act that is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6).

### THE DEFENDANTS IN REM

2. The defendant property consists of the following:

   a. Assorted Jewelry (VL: $411,111);

   b. One 2007 Ford F-150, VIN 1FTPW145X7KB30262;

   c. One 2009 Ford F-150, VIN 1FTRW14849FB11219;

   d. One 2011 Ford F-150, VIN 1FTFW1ET3BKD42678; and

   e. One Men's Gucci 5500 Chrome Bracelet Watch.

3. On or about April 22, 2013, Assorted Jewelry, valued at $411,111, was seized from Jerome Castle a/k/a Dontwon Burris and Lachelle Evans, at 132 Archimedes Court, Pikesville, Baltimore County, pursuant to the execution of a search and seizure warrant in the State and District of Maryland. On or about April 22, 2013, One 2007 Ford F-150, VIN 1FTPW145X7KB30262, was seized from Harold Alexander Byrd, at 5819 Moravia Road, Baltimore City, pursuant to the execution of a search and seizure warrant in the State and District of Maryland. On or about April 22, 2013, One 2009 Ford F-150, VIN 1FTRW14849FB11219, was seized from Joseph Ibreham Byrd, at 5819 Moravia Road, Baltimore City, pursuant to the execution of a search and seizure warrant in the State and District of Maryland. On or about April 22, 2013, One 2011 Ford F-150, VIN 1FTRW14849FB11219, and One Men's Gucci 5500 Chrome Bracelet Watch was seized from Jerome Castle a/k/a Dontwon Burris a/k/a Yusuf Frazier, incident to arrest in the vicinity of Philadelphia and Edgewood Roads, Egdewood, Harford County, in the State and District of Maryland.

4. Since seizure, the defendant property has been and presently is in the custody of the United States Marshal Service.

## JURISDICTION AND VENUE

5. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. §881(a)(4) and (6).

6. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

7. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. §1395 because the property is located in this district.

## BASIS FOR FORFEITURE

8. The defendant property is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6) because it is proceeds or was derived from proceeds furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act, constituted proceeds traceable to such an exchange, and was used and intended to be used to facilitate such violation. The defendant property is also subject to forfeiture pursuant to 21 U.S.C. §881(a)(4) because it was used, or are intended to be used, to transport, or facilitate the transportation, sale, receipt, possession, or concealment of controlled dangerous substances in violation of 21 U.S.C. §841.

## FACTS

9. The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Task Force Officer Kevin Ermer, Drug Enforcement Administration, which is incorporated herein by reference.

**WHEREFORE**, the plaintiff prays that all persons who reasonably appear to be potential claimants with interests in the defendant property be cited to appear herein and answer the complaint; that a Warrant of Arrest *in rem* be issued to the U.S. Marshal Service commanding the arrest of the defendant property; that the defendant property be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the United States Marshal

dispose of the defendant property according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

          Respectfully submitted,

          Rod J. Rosenstein
          United States Attorney

By: _____
    James G. Warwick
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4800

## **VERIFICATION**

I, James G. Warwick, declare under penalty of perjury as provided by 28 U.S.C. §1746, that the foregoing Complaint for Forfeiture is based on reports and information furnished to me by the Federal Bureau of Investigation, and that everything contained therein is true and correct to the best of my knowledge and belief.

10/3/13
Date

_____
James G. Warwick
Assistant United States Attorney

## DECLARATION

This affidavit is submitted in support of a complaint for forfeiture of a Men's Gucci 5500 Chrome Bracelet Watch, Assorted Jewelry VL: $411,111.00, 2011 Ford F-150 VIN# 1FTFW1ET3BKD42678, 2009 Ford F-150 VIN# 1FTRW14849FB11219 , and a 2007 Ford F150 VIN# 1FTPW145X7KB30262.

I, Kevin Ermer, task force officer of the Drug Enforcement Administration, submit that there are sufficient facts to support a reasonable belief that the Men's Gucci 5500 Chrome Bracelet Watch, Assorted Jewelry VL: $411,111.00, 2011 Ford F-150, 2009 Ford F-150, and a 2007 Ford F150 constitutes (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841 and thus is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

1. Since April 2011, the Drug Enforcement Administration ("DEA"), the Arizona Financial Crimes Taskforce ("AFCTF") and Homeland Security Investigations ("HSI)" and collectively, the "Agencies") have been investigating the drug trafficking and money laundering of Richard BYRD ("BYRD") and Jerome CASTLE ("CASTLE"). Through the use of surveillance, confidential informants, phone records, bank records and other investigative techniques, the Agencies have learned that BYRD and CASTLE are engaged in the commission of the following violations of federal law: distribution of and possession with intent to distribute controlled substances and conspiracy to commit such offenses in violation

of 21 U.S.C. § 841 and §846, money laundering and conspiracy to commit money laundering in violation of 18 U.S.C. §1956(a) and §1956(h), and structuring in violation of 31 U.S.C. § 5324.

2. During the investigation, the agencies have learned that Richard BYRD, Jerome CASTLE, and other members of BYRD's organization are obtaining multi-thousand pound quantities of marijuana and kilogram quantities of cocaine from sources of supply in Texas, Arizona, California and distributing Marijuana in the Baltimore Metropolitan area and other states throughout the country.

3. During the month of February 2011, Richard BYRD was arrested by Chandler Police Department as part of a reverse sting involving approximately 2,700 pounds of marijuana and additional money laundering charges. Since Richard BYRD's arrest, investigators have seized over $1,000.000.00 in U.S. Currency that has been directly tied to the Richard BYRD organization.

4. Richard BYRD, who was released from custody on bond, is awaiting state prosecution for his February 2011 Arizona arrest but investigators know through this investigation that BYRD and others within the organization have continued their drug trafficking and money laundering activities related to the Baltimore Metropolitan Area and other states.

5. After the arrest of Richard BYRD, Arizona Financial Crimes Taskforce located documents indicating that Andrea KING, Richard BYRD's sister, was a facilitator within the organization. During April of 2011, DEA Group 51 obtained a search and seizure warrant on KING's condo located at 9500 Sidebrook Road, Apt. 407, Owings Mills, MD 21117. The execution of the warrant resulted in the seizure of approximately $40,000.00 in U.S.

Currency and money orders, in addition to bank statements, documents, and computers. Upon entry to the location, Richard BYRD was present along with Andrea KING.

6. During this investigation, DEA Group 51 received information from a reliable HSI Confidential Informant that Richard BYRD's Baltimore Lieutenant was Jerome CASTLE, who oversees the importation and distribution of controlled substances in the Baltimore Metropolitan area for Richard BYRD's organization. Investigation has revealed that CASTLE is using an alias name of Dontwon BURRIS. Additionally, the HSI Confidential Informant identified Joseph BYRD as the half-brother and an upper level distributor for the Richard BYRD DTO.

7. In July 2012, Phoenix Police executed a search warrant at a house occupied by Richard BYRD and his brother Rasan BYRD. During the search, officers seized about 1½ pounds of marijuana and approximately $372,540 in cash. Several days prior to this seizure, investigators conducted surveillance of Richard BYRD in Baltimore, meeting with Jerome CASTLE.

8. During March 2013, investigators identified that the Richard BYRD DTO was utilizing a freight shipping company located Scottsdale, Arizona to ship freight to Baltimore, Maryland that contained marijuana and cocaine. Investigators also identified several residences in Baltimore, Maryland that were being utilized as "stash" locations by members of the Richard BYRD DTO. TFO Phillips applied for and received federal search and seizure warrants in reference to the identified locations being utilized the Richard BYRD DTO in Baltimore, Maryland.

9. On April 22, 2013, pursuant to the execution of the search and seizure warrants, 342 pounds of marijuana, 11 kilograms of cocaine, 10 handguns, 1 assault rifle and body armor were

seized. Additionally, in relation to the execution of the search and seizure warrant, Jerome CASTLE, Joseph BYRD, Harold BYRD and Maurice JONES, members of the Richard BYRD DTO were arrested. Just before the warrant was executed at one of the locations, agents watched the delivery of a shipment that was accepted by Joseph Byrd, Harold Byrd, and Maurice Jones. During the execution of the several warrants, agents found records showing prior shipping information from Airpark Pak N Ship and records of payments made to Airpark Pak N Ship. Additionally, while the shipment was being delivered CASTLE was observed circling the area in a Ford F-150 truck and believed to be conducting counter surveillance. Marked units attempted to make a traffic stop on CASTLE's vehicle at which time he fled at a high rate of speed, and was apprehended after a vehicle and foot pursuit by Maryland Transportation Authority Police and Maryland State Police. During a search incident to arrest, investigators located approximately $457.00 U.S. Currency in CASTLE's pocket in numerous cell phones throughout CASTLE's vehicle and on his person.

10. On the same day, in coordination with DEA HIDTA Group 51, the Arizona Financial Crimes Task Force conducted a traffic stop and the execution of several search and seizure warrants that resulted in the seizure 700 pounds of marijuana, 16 kilograms of cocaine and 1 handgun which are connected to the Richard BYRD DTO.

11. One of the search warrants executed in Baltimore on April 22, 2013, was at CASTLE'S residence located at 132 Archimedes Ct, Pikesville, MD 21208. Upon searching the residence, investigators found the following:

-$57,997.02 in U.S. Currency in several areas of the residence: An envelope on the kitchen table ($1,800.00); A jacket in the living room closet ($395.00); Several suitcases in the back bedroom and the closet of the back bedroom ($45,358.00); A Water Container in the Master

Bedroom ($3,762.02); A Safe from the Back Bedroom floor ($3,764.00); A Box under the living room table ($2,918.00).

-Approximately 237 grams of marijuana in a cooler from the back bedroom.

-A grinder and a plastic bag containing suspected marijuana from the kitchen cabinet drawer.

-7 Handguns.

-1 Scale.

-1 Money Counter.

12. Additionally, investigators seized a Men's Gucci 5500 Chrome Bracelet Watch, and assorted Jewelry VL: $411,111.00 from CASTLE's residence. Investigators also seized three (3) Ford F-150 pickup trucks described above. The 2009 Ford F-150 and the 2007 Ford F-150 were seized at 5819 Moravia Road, and both contained a large quantity of marijuana. The 2011 Ford F-150 was seized at the intersection of Philadelphia Road, and Edgewood Road after a high speed vehicle and foot pursuit, where Jerome CASTLE was taken into custody. The three (3) Ford F-150's were all registered to Ashton BROCKINGTON, a known girlfriend of Jerome CASTLE. Investigators believe that BROCKINGTON and CASTLE have a child in common. During several months of GPS, video, and mobile surveillance, investigators know that the three F-150's were primarily utilized by Jerome CASTLE, Joseph BYRD, Harold BYRD, and Maurice JONES. The vehicles were utilized to facilitate there criminal enterprise and carryout there daily distribution and money laundering activities.

13. After the arrest of CASTLE, MDTA Detective/Sgt. Kim Arbogast was contacted by Ashton BROCKINGTON who inquired about her vehicles being seized by police. BROCKINGTON claimed that she did not know who had possession of her vehicles. Sgt.

Arbogast then asked BROCKINGTON if she filed a police report, and advised BROCKINGTON that it was a crime to file a false police report. At this time, BROCKINGTON changed her story, and admitted that her boyfriend, Jerome CASTLE had possession of her vehicles, and that she did not file a police report. TFO Kevin Ermer then contacted BROCKINGTON on cell phone in reference to the vehicles. BROCKINGTON was extremely short on the phone, and asked TFO Ermer if she could call him back. TFO Ermer then provided BROCKINGTON with a contact phone number. BROCKINGTON made no further attempts to contact TFO Ermer or Sgt. Arbogast in reference to her vehicles.

14. On April 25, 2013, at approximately 1010 hours, a jail call was intercepted at the Chesapeake Detention Facility with phone number 443-814-4266. The conversant's were CASTLE and BROCKINGTON. During the call, CASTLE directed BROCKINGTON to tell the insurance company that she let some hold it, and they crashed it, and that's all she knows. CASTLE indicated in the call that three (3) cars got hit.

15. On April 22, 2013, Jerome CASTLE was arrested for immigration charges but investigators are seeking indictment for the conspiracy to possess for distribution marijuana and cocaine, money laundering, weapons charges, and fraud. CASTLE is currently incarcerated and being housed at Chesapeake Detention Center in Baltimore City, Maryland.

16. Investigators conducted a check through the Maryland Automated Benefits Wage History on Jerome CASTLE and found that CASTLE currently has no reported income through the state of Maryland.

17. A criminal record check conducted through CJIS and NCIC showed that Jerome CASTLE was arrested for the following:

12/01/2000-Public record false entry/False statement to peace officer (06/11/2001-Stet docket);

12/02/2000-Assault second degree/Deadly weapon with intent to injure/Assault first degree (02/20/2001-Nolle Prosed);

05/31/2002-Sale and distribute Marijuana/Possession of firearm while in possession of drugs (06/10/2002-Nolle Prosed);

06/10/2002-Possession with intent to distribute/Possession of firearm during drug crime (Guilty both charges);

12/01/2008-Forgery document possession (Active Warrant- Failed to Appear in Court).

18. The property described above was seized because they are believed to be proceeds derived from the sale of controlled substances, items used in the commission of the sale of controlled substances.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. 1746 THAT THE FACTS SUBMITTED BY THE DRUG ENFORCEMENT ADMINISTRATION, IN REFERENCE TO THE SEIZURE OF MEN's GUCCI 5500 CHROME BRACELET WATCH, ASSORTED JEWELRY VL: $411,111.00, 2011 FORD F-150, 2009 FORD F-150, AND A 2007 FORD F-150 FROM JEROME CASTLE ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Kevin Ermer
Task Force Officer
Drug Enforcement Administration